UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-158 |
| | ) | (PHILLIPS/GUYTON) |
| DONTAE PAUL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on April 30, 2008, for an initial appearance and arraignment of the defendant on the Second Superseding Indictment filed on April 15, 2008. Cynthia Davidson, Assistant United States Attorney, was present for the government. Jonathan Moffatt and Ronald Newcomb were present as counsel for defendant Dontae Paul Smith. Mr. Smith was present.

Following the initial appearance, arraignment, and entry of not guilty plea by the defendant, counsel for defendant made an oral motion for a new discovery date and motion deadline. The government stated that it did not oppose the motion. The Court found the motion well-taken and it was granted.

Accordingly, it is **ORDERED**:

1. The defendant's oral Motion For New Pre-trial Deadlines is **GRANTED**;

2. **May 9, 2008** is the discovery cut-off deadline;

3. The motion cut-off date is re-scheduled for **May 30, 2008**; and

4. The response to motions deadline is **June 13, 2008**.

**IT IS SO ORDERED.**

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge