# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-cr-158 (Phillips/Guyton) |
| DONTAE PAUL SMITH, | ) ) | |
| Defendant. | ) | |

## ORDER

On August 4, 2008, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a fifteen-page Report and Recommendation ("R&R") [Doc. 33], in which he recommended that defendant's Motion to Suppress Evidence [Doc. 14] be granted. The deadline for timely objections has passed with no such objections being filed. Having carefully reviewed the record, this court is in complete agreement with Judge Guyton's thorough analysis of the issues presented. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling, whereby defendant's Motion to Suppress Evidence [Doc. 14] is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

      s/ Thomas W. Phillips
United States District Judge